FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2022

No. 04-22-00551-CV

**THE CITY OF CASTLE HILLS**,
Appellant

v.

Jenifer Ashley Andrea **ROBINSON**, et al,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22569
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellees have filed a "Motion for Involuntary Dismissal," and appellant has opposed the motion. We order the motion and opposition carried with the appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court